IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 1 3 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| J.S. AND L.S., AS NEXT FRIENDS OF C.S., A MINOR | § § § | |
| VS. | § | NO. SA-12-CV-01036-XR |
| AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. D/B/A CAMP AMERICA | § § § | |

## AGREED FINAL JUDGMENT

ON THIS DATE, the above-referenced cause of action was called for hearing on the settlement reached between the Plaintiffs, Guardian Ad Litem, on behalf of the Minor Plaintiff, Third Party-Plaintiff/Defendant American Institute for Foreign Study, Inc. d/b/a Camp America and Defendant Camp Stewart for Boys, Inc. The Court conducted a hearing on said settlement, and after considering the claims, pleadings, and settlement terms, the Court finds that the settlement is fair and reasonable and is in the best interests of the Minor Plaintiff.

I.

Michael G. Sawicki, counsel for Plaintiffs, Paul Taylor, Guardian Ad Litem for Minor Plaintiff, Clinton Echols, counsel for Defendant Camp America, and Ralph Lopez, counsel for Camp Stewart announce that Defendants Camp America and Camp Stewart have agreed in full and final satisfaction and settlement of all claims the Plaintiff and Minor Plaintiff have or may have against Defendant Camp America and Defendant Camp Stewart to pay as follows:

Cash Payments Due at the Time of Settlement:

1. <u>Payments by Defendant Camp Stewart:</u>

    To the Law Offices of Michael Sawicki, P.C. IOLTA the amount of $550,000 ~~$580,000.00~~.

2. <u>Payments by Defendant Camp America:</u>

To the Law Offices of Michael Sawicki, P.C. IOLTA the amount of $850,000.

All sums set forth in the section entitled Payments constitute damages on account of personal physical injuries or physical sickness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

II.

After hearing, the Court finds that the Guardian Ad Litem has fully examined and considered the settlement terms presented to the Court and that the Ad Litem has approved said terms as being in the best interest of the Minor Plaintiff. The Court, having fully examined and considered all terms of the settlement, hereby expressly approves said terms as being in the best interest of the Minor Plaintiff.

III.

It is therefore, ORDERED, ADJUDGED, and DECREED that:

The terms of the settlement set forth hereinabove between the Plaintiffs, Minor Plaintiff, Defendant Camp America and Defendant Camp Stewart are hereby approved.

IV.

It is further, ORDERED, ADJUDGED, and DECREED that Paul Taylor, Guardian Ad Litem for the Minor Plaintiff, is awarded a fee of $ 6,000 which is hereby taxed against Defendant Camp America. + Camp Stewart.

It is further, ORDERED, ADJUDGED, and DECREED that except for the Ad Litem fee as ordered above, all costs are to be borne by the party incurring same.

SIGNED this 13th day of November, 2013.

_____
JUDGE PRESIDING

APPROVED AS TO CONTENT AND FORM:

By: _____
Mr. Michael G. Sawicki
Sawicki & Lauten
4040 N. Central Expwy., Suite 850
Dallas, Texas 75204
Telephone: (214) 468-8844
Facsimile: (214) 624-5960
msawicki@sawickilauten.com

ATTORNEYS FOR PLAINTIFFS

By: _____
Mr. Paul Taylor
Attorney at Law
10010 San Pedro, Ste. 430
San Antonio, Texas 78216
Telephone: (210) 490-2031
Facsimile: (210) 490-2166 Fax
paul@ptaylor.com

GUARDIAN AD LITEM

By: _____
Nathan M. Rymer
State Bar No. 00792814
Laura W. Slay
State Bar no. 24045210
Rymer, Moore, Jackson & Echols
2801 Post Oak Blvd., Suite 250
Houston, Texas 77056
(713) 626-1550
(713) 626-1558 – fax
nrymer@rmjelaw.com

ATTORNEYS FOR DEFENDANT
AMERICAN INSTITUTE FOR FOREIGN
STUDY, INC., d/b/a CAMP AMERICA


By: _____
Ralph A. Lopez
Rosenthal Pauerstein
Sandoloski Agather, LLP
755 E. Mulberry, Suite 200
San Antonio, Texas 78212
(210) 225-5000
(210) 354-4034
RLopez@rpsalaw.com

ATTORNEYS FOR DEFENDANT
CAMP STEWART FOR BOYS, INC.